AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

MONUMENT PEAK VENTURES, LLC

*Plaintiff(s)*

v.

HMD GLOBAL OY

*Defendant(s)*

Civil Action No. 2:18-cv-521

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HMD GLOBAL OY
Karaportti 2, FIN-02610
Espoo, Finland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. CHARLES VAN CLEEF
VAN CLEEF LAW OFFICE
P.O. DRAWER 2432
LONGVIEW, TX 75606-2432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/28/18

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | Ministry of Justice<br>Eteläesplanadi 10<br>FIN-00130 Helsinki<br>Finland |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)   **HMD GLOBAL OY**
Karaportti 2
FIN-02610 Espoo

☑ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :* _____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT.**
(See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

| Hague Service Convention NOTICE |
| SUMMARY OF THE DOCUMENT TO BE SERVED |
| SUMMONS IN A CIVIL ACTION |
| COMPLAINT FOR PATENT INFRINGEMENT (with 3 patents) |
| PLAINTIFF'S JURY DEMAND |
| REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
| CIVIL COVER SHEET |

Done at Kansas City, MO, USA, the 30th November, 2018
*Fait à* _____, *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

*[signature]*

*Delete if inappropriate
*Rayer les mentions inutiles.*

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served\*/*que la demande a été exécutée\**

   – the (date) / *le (date)*: __10 January 2019__
   – at (place, street, number)/ *à (localité, rue, numéro)*: __Espoo, Finland__

– in one of the following methods authorized by Article 5/*dans une des formes suivantes prévues à l'article 5* :

☑ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*/
   *selon les formes légales (article 5, alinéa premier, lettre a)\**

☐ b) in accordance with the following particular method\*/*selon la forme particulière suivante\** :

   _____

☐ c) by delivery to the addressee, if he accepts it voluntarily\*/*par remise simple\**

– in a method authorized by Article 10/*dans une des formes suivantes prévues à l'article 10*:

The documents referred to in the request have been delivered to/*Les documents mentionnés dans la demande ont été remis à* :
   Identity and description of person/ *Identité et qualité de la personne*:

   __HMD Global Oy / Caroline Aspelin by proxy__

   Relationship to the addressee (family, business or other)/Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :

   _____

2. that the document has not been served, by reason of the following facts\*/
   *que la demande n'a pas été exécutée, en raison des faits suivants\**:

   _____

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*/ *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\**.

**Annexes / Annexes**

Documents returned/Pièces renvoyées: __Original documents, certificate of service and a power of attorney__

In appropriate cases, documents establishing the service/ Le cas échéant, les documents justificatifs de l'exécution

Done at / *Fait à* __Helsinki__

The / *le* __15 January 2019__

Signature and/or stamp/ *Signature et/ou cachet*

__Mimmu Rattila__
Administrative Assistant

\* if appropriate / *s'il y a lieu*

## NOTICE
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

| |
|---|
| **HMD GLOBAL OY** |
| Karaportti 2 |
| 02610 Espoo |
| *(or wherever the defendant may be found)* |

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

| |
|---|
| Lone Star Legal Aid |
| 110 North College, Suite 302 |
| Tyler, TX 75702 |
| Tel. +1 (903) 595-4781 |

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*
Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**         Aaron D. Lukken, Attorney
                                                          Viking Advocates, LLC
*Nom et adresse de l'autorité requérante :*               6525 Charlotte Street, Kansas City, Missouri, USA
                                                          lukken@vikinglaw.us   Tel. 1.816.200.1383

**Particulars of the parties*:**
*Identité des parties :*       MONUMENT PEAK VENTURES, LLC., *Plaintiff*
                               **HMD GLOBAL OY**; *Defendant*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*    To inform the defendant of the claim against it and to demand its appearance at court.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    The plaintiff accuses the defendant of patent infringement, and seeks damages and declaratory relief.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*    Within 21 days after service, the defendant must file an answer and appearance at the United States District Court for the Eastern District of Texas, 100 East Houston Street, Marshall, Texas 75670.

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*    21 days

*No court has issued a judgment in this matter.*

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
   *Rayer les mentions inutiles.*