# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,**<br><br>     Plaintiff,<br><br>v.<br><br>**HMD GLOBAL OY,**<br><br>     Defendant. | 2:18-cv-00521-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HMD Global Oy makes this corporate disclosure statement. HMD Global Oy has no parent corporation. No publicly held corporation directly owns 10% or more of HMD Global Oy's stock. HMD Global Oy is not aware of any publicly held corporation indirectly owning 10% or more of its stock.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

Dated: May 3, 2019                                               Respectfully submitted,

                                                                 */s/ Matthew J. Moffa*
                                                                 JOHN D. PENN, Bar No. 15752300
                                                                 JPenn@perkinscoie.com
                                                                 PERKINS COIE LLP
                                                                 500 N. Akard Street, Suite 3300
                                                                 Dallas, Texas 75201
                                                                 Phone: (214) 965-7700
                                                                 Fax: (214) 965-7799

                                                                 WILLIAM J. MCCABE
                                                                 WMcCabe@PerkinsCoie.com
                                                                 MATTHEW J. MOFFA
                                                                 MMoffa@PerkinsCoie.com
                                                                 PERKINS COIE LLP
                                                                 30 Rockefeller Plaza, 22nd Floor
                                                                 New York, New York 10112-0085
                                                                 Phone: (212) 262-6900
                                                                 Fax: (212) 977-1649

                                                                 *Attorneys for Defendant HMD Global Oy*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 3, 2019.

                                                                 */s/ Matthew J. Moffa*
                                                                 Matthew J. Moffa