**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HMD GLOBAL OY,<br><br>　　　　Defendant. | Civil Action no. 2:18cv521-RWS-RSP |

**NOTICE OF DESIGNATION OF MEDIATOR**

　　Pursuant to the Court's May 14, 2019, Order, as modified at the June 14, 2019, Scheduling Conference, Plaintiff and Defendant hereby notify the Court that they have agreed upon Clyde M. Siebman as mediator in this matter.

　　Mr. Siebman's contact information is:

　　　　　　Clyde M. Siebman
　　　Siebman, Forrest, Burg & Smith, LLP
　　　　　Federal Courthouse Square
　　　　　　300 North Travis Street
　　　　　　　Sherman, TX 75090
　　　　　Telephone: (903) 870-0070
　　　　　Facsimile: (903) 870-0066
　　　　Email: siebman@siebman.com

DATED: June 19, 2019　　　　　　　M. Elizabeth Day
　　　　　　　　　　　　　　　　(SBN 177125) Admitted to Practice
　　　　　　　　　　　　　　　　eday@feinday.com
　　　　　　　　　　　　　　　　David Alberti (*pro hac vice*)
　　　　　　　　　　　　　　　　dalberti@feinday.com
　　　　　　　　　　　　　　　　Sal Lim (*pro hac vice*)
　　　　　　　　　　　　　　　　slim@feinday.com
　　　　　　　　　　　　　　　　Marc Belloli (*pro hac vice*)
　　　　　　　　　　　　　　　　mbelloli@feinday.com
　　　　　　　　　　　　　　　　**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
　　　　　　　　　　　　　　　　1600 El Camino Real, Suite 280

Menlo Park, CA. 94025
Phone: 650 618-4360
Fax: 650 618-4368

BY:

*/s/ L. Charles van Cleef*
L. Charles van Cleef TX SB #00786305
**VAN CLEEF LAW OFFICE**
PO Box 2432
Longview, TX 75606-2432
Telephone: (903) 248-8244
Facsimile: (903) 248-8249
charles@vancleef.pro

*ATTORNEYS FOR PLAINTIFF*
*MONUMENT PEAK VENTURES, LLC*

JOHN D. PENN, Bar No. 15752300
JPenn@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Phone: (214) 965-7700
Fax: (214) 965-7799

BY:

*/s/ Matthew J. Moffa*
William J. McCabe
WILLIAM J. MCCABE
WMcCabe@PerkinsCoie.com
MATTHEW J. MOFFA
MMoffa@PerkinsCoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Phone: (212) 262-6900
Fax: (212) 977-1649

*ATTORNEYS FOR DEFENDANT HMD GLOBAL OY*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ L. Charles van Cleef*
L. Charles van Cleef