**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HMD GLOBAL OY,**<br><br>Defendant. | **2:18-cv-00521-RWS-RSP**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE REGARDING PATENT RULES 3-3 AND 3-4**

Pursuant to the Court's Docket Control Order (D.I. 28), Defendant HMD Global Oy ("HMD") hereby notifies the Court that HMD served all counsel herein with its P.R. 3-3 Invalidity Contentions and P.R. 3-4 Document Production by electronic mail on July 24, 2019.

Dated: July 24, 2019

Respectfully submitted,

*/s/ Matthew J. Moffa*
JOHN D. PENN, Bar No. 15752300
JPenn@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Phone: (214) 965-7700
Fax: (214) 965-7799

WILLIAM J. MCCABE
WMcCabe@PerkinsCoie.com
MATTHEW J. MOFFA
MMoffa@PerkinsCoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Phone: (212) 262-6900
Fax: (212) 977-1649

*Attorneys for Defendant HMD Global Oy*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document on July 24, 2019.

                                                */s/ Matthew J. Moffa*
                                                Matthew J. Moffa