**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HMD GLOBAL OY,**<br><br>Defendant. | 2:18-cv-00521-RWS-RSP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Monument Peak Ventures, LLC and defendant HMD Global Oy hereby state that all matters in controversy between them have been settled, in principle, and jointly request that the Court stay all pending deadlines in this case through and including January 16, 2020 so that appropriate dismissal papers may be submitted. Those deadlines include the unreached deadlines contained in the Court's Docket Control Order (D.I. 28), the deadlines in this Court's standing orders, and all deadlines under the Rules of Practice for Patent Cases before the Eastern District of Texas.

//

//

//

//

//

//

//

//

//

| | |
|---|---|
| December 17, 2019 | Respectfully submitted, |
| /s/ *Marc Belloli, with permission, by Matthew J. Moffa* | /s/ *Matthew J. Moffa* |
| M. Elizabeth Day (CA SBN 177125) | John D. Penn, Bar No. 15752300 |
| *Admitted to Practice in Texas* | JPenn@perkinscoie.com |
| eday@feinday.com | PERKINS COIE LLP |
| David Alberti | 500 N. Akard Street, Suite 3300 |
| dalberti@feinday.com | Dallas, Texas 75201 |
| Sal Lim | Phone: (214) 965-7700 |
| slim@feinday.com | Fax: (214) 965-7799 |
| Marc Belloli | |
| mbelloli@feinday.com | William J. McCabe |
| **FEINBERG DAY KRAMER** | WMcCabe@PerkinsCoie.com |
| **ALBERTI LIM TONKOVICH &** | Matthew J. Moffa |
| **BELLOLI LLP** | MMoffa@PerkinsCoie.com |
| 1600 El Camino Real, Suite 280 | PERKINS COIE LLP |
| Menlo Park, CA 94025 | 1155 Avenue of the Americas, 22nd Floor |
| Tel:  650 618-4360 | New York, New York 10036-2711 |
| Fax:  650 618-4368 | Phone: (212) 262-6900 |
| | Fax: (212) 977-1649 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Monument Peak Ventures, LLC | HMD Global Oy |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 17, 2019.

>*/s/ Matthew J. Moffa*
>Matthew J. Moffa