**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,**   Plaintiff,  v.  **HMD GLOBAL OY,**   Defendant. | **2:18-cv-00521-RWS-RSP**  **JURY TRIAL DEMANDED** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Monument Peak Ventures, LLC and defendant HMD Global Oy, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 13, 2019, with each party to bear its own costs, expenses and attorneys' fees.

//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| January 13, 2020 | Respectfully submitted, |
| /s/ *Marc Belloli, with permission, by Matthew J. Moffa* | /s/ *Matthew J. Moffa* |
| M. Elizabeth Day (CA SBN 177125) | JOHN D. PENN, Bar No. 15752300 |
| *Admitted to Practice in Texas* | JPenn@perkinscoie.com |
| eday@feinday.com | **PERKINS COIE LLP** |
| David Alberti | 500 N. Akard Street, Suite 3300 |
| dalberti@feinday.com | Dallas, Texas 75201 |
| Sal Lim | Phone: (214) 965-7700 |
| slim@feinday.com | Fax: (214) 965-7799 |
| Marc Belloli | |
| mbelloli@feinday.com | WILLIAM J. MCCABE |
| **FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP** | WMcCabe@PerkinsCoie.com |
| | MATTHEW J. MOFFA |
| | MMoffa@PerkinsCoie.com |
| | **PERKINS COIE LLP** |
| 1600 El Camino Real, Suite 280 | 1155 Avenue of the Americas, 22nd Floor |
| Menlo Park, CA 94025 | New York, New York 10036-2711 |
| Tel: 650 618-4360 | Phone: (212) 262-6900 |
| Fax: 650 618-4368 | Fax: (212) 977-1649 |
| *Attorneys for Plaintiff* Monument Peak Ventures, LLC | *Attorneys for Defendant* HMD Global Oy |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 13, 2020.

*/s/ Matthew J. Moffa*
Matthew J. Moffa