# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**HMD GLOBAL OY,**<br><br>      Defendant. | 2:18-cv-00521-RWS-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Monument Peak Ventures, LLC and defendant HMD Global Oy in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff Monument Peak Ventures, LLC and defendant HMD Global Oy are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 13, 2019.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

It is further ORDERED that any pending requested relief is DENIED AS MOOT.