## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,** | |
| Plaintiff, | |
| v. | **2:18-cv-00521-RWS-RSP** |
| **HMD GLOBAL OY,** | |
| Defendant. | |

## FINAL JUDGMENT

For the reasons set forth in the parties' Stipulated Motion for Dismissal with Prejudice, it

is ORDERED, ADJUDGED and DECREED that all claims, counterclaims, and third-party

claims in the instant suit be DISMISSED in their entirety WITH PREJUDICE.


Signed this _____ day of _____ 20\_\_\_\_.