# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC, § § § *Plaintiff*, § § v. § Case No. 2:18-cv-00521-RWS-RSP § HMD GLOBAL OY, § § *Defendant*. § § | |

## ORDER

Before the Court is Plaintiff Monument Peak Ventures, LLC, and Defendant HMD Global Oy's Joint Motion for Dismissal with Prejudice (the "Motion"). (**Dkt. No. 37**.)

After consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that all claims and causes of action asserted in this lawsuit be **DISMISSED WITH PREJUDICE**, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 13, 2019. It is further **ORDERED** that the parties shall bear their own costs, expenses and attorneys' fees.

All pending requests for relief not previously addressed by the Court are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above-captioned case.

**SIGNED this 16th day of January, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE